# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JOSEPH H. MCNAMEE                                                                                          PLAINTIFF
ADC #162349A

V.                                               NO: 4:15CV00767 JM/PSH

USA *et al*                                                                                                     DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

Because the Arkansas Department of Correction's public website indicates plaintiff Joseph H. McNamee may be an inmate at the Randall L. Williams Correctional Facility, the Clerk is directed to send a copy of this recommendation to McNamee at his address of record, as well as at the Randall L. Williams Correctional Facility, 7206 W. 7th Ave., Pine Bluff, AR 71603.

### DISPOSITION

McNamee filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, in December of 2015.[1]

---

[1] McNamee is one of five plaintiffs named in the complaint. Pursuant to a July 6, 2016, order, the Clerk opened five individual cases, each with a single plaintiff.

1

On July 25, 2016, after mail sent to McNamee at his address of record was returned as undeliverable, the Court entered an order directing him to file a notice of his current address within 30 days, and warning him that his failure to do so could result in the recommended dismissal of his complaint (Doc. No. 52).[2] That order was mailed to McNamee at his address of record, as well as at the Randall L. Williams Correctional Facility in Pine Bluff.[3] More than 30 days have passed, and McNamee has not responded to the order. Under these circumstances, the Court concludes that McNamee's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Joseph H. McNamee's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2]Although McNamee's address of record is at the Faulkner County Detention Center, the Arkansas Department of Correction's public website indicates McNamee may be held at the Randall L. Williams Correctional Facility, so the order was sent to both locations.

[3]The Arkansas Department of Correction's public website indicates that McNamee may be held at that facility. Only the order sent to McNamee at his address of record was returned as undeliverable.