# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JOSEPH H. MCNAMEE                                                                              PLAINTIFF
ADC #162349A

V.                                          NO: 4:15CV00767 JM

USA *et al*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE